# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH M. CHAMBERLAIN & TONI J. CHAMBERLAIN  Case Number: 04-73364
198 WINONA DRIVE  SSN-xxx-xx-9302 & xxx-xx-6160
MACHESNEY PARK, IL  61115

Case filed on: 7/1/2004
Plan Confirmed on: 12/21/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,150.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 208 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 214 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 672.01 | 672.01 | 672.01 | 0.00 |
|  | Total Priority | 672.01 | 672.01 | 672.01 | 0.00 |
| 998 | JOSEPH M. CHAMBERLAIN | 0.00 | 0.00 | 134.13 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 134.13 | 0.00 |
| 001 | ILLINOIS TITLE LOANS, INC | 685.00 | 685.00 | 685.00 | 111.16 |
| 002 | EVERHOME MORTGAGE | 2,375.48 | 278.05 | 278.05 | 0.00 |
| 003 | TRIAD FINANCIAL | 7,000.00 | 7,000.00 | 7,000.00 | 1,136.15 |
|  | Total Secured | 10,060.48 | 7,963.05 | 7,963.05 | 1,247.31 |
| 001 | ILLINOIS TITLE LOANS, INC | 61.76 | 61.76 | 61.76 | 0.00 |
| 003 | TRIAD FINANCIAL | 2,127.42 | 2,127.42 | 2,127.42 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 694.57 | 694.57 | 694.57 | 0.00 |
| 006 | CAPITAL ONE | 268.12 | 268.12 | 268.12 | 0.00 |
| 007 | B-LINE LLC | 430.30 | 430.30 | 430.30 | 0.00 |
| 008 | PREMIER BANKCARD/CHARTER | 388.53 | 388.53 | 388.53 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 500.84 | 500.84 | 500.84 | 0.00 |
| 010 | JBC & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MEDICAL DENTAL HOSPITAL BUREAU | 59.00 | 59.00 | 59.00 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 731.61 | 731.61 | 731.61 | 0.00 |
| 013 | CITIFINANCIAL MORTGAGE COMPANY | 68,284.11 | 0.00 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SYSTEMS INC | 344.26 | 344.26 | 344.26 | 0.00 |
|  | Total Unsecured | 73,890.52 | 5,606.41 | 5,606.41 | 0.00 |
|  | Grand Total: | 85,987.01 | 15,605.47 | 15,739.60 | 1,247.31 |

Total Paid Claimant:  $16,986.91
Trustee Allowance:  $1,163.09
Percent Paid Unsecured:  100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008          By  /s/Heather M. Fagan